IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01569-BNB

TROY LAMONTE FIELDS

    Applicant,

v.

DAVID JOHNSON, Warden of Denver Reception Diagnostic Center,

    Respondent.

---

ORDER GRANTING LEAVE TO PROCEED PURSUANT TO 28 U.S.C. § 1915

---

    Applicant has filed a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action (ECF No. 6).  The Request will be granted.  Accordingly, it is

    ORDERED that the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action (ECF No. 6) is granted.  It is

    FURTHER ORDERED that the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 (ECF No. 2) is denied.  It is

    FURTHER ORDERED that the Applicant's Motion for Custody or Release in a Habeas Corpus Proceeding Pursuant to F.R.A.P. 23 is denied.

    DATED July 17, 2014, at Denver, Colorado.

                                      BY THE COURT:

                                      s/Boyd N. Boland
                                      United States Magistrate Judge