**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-01569-LTB

TROY LAMONTE FIELDS,

        Applicant,

v.

DAVID JOHNSON, Warden of Denver Reception Diagnostic Center,

        Respondent.

---

**MINUTE ORDER**

---

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

        Applicant filed a "Pre-Answer Reply in Part and Motion to Amend Pleadings" on October 3, 2014. (ECF No. 21).  However, this action was dismissed and judgment was entered on October 2, 2014.  (ECF Nos. 19 and 20).  Accordingly, Applicant's "Pre-Answer Reply in Part and Motion to Amend Pleadings" is DENIED as MOOT.

Dated:  May 19, 2015

---